# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2008

134319

COLIN INNES,
      Plaintiff-Appellee,

v

ALLIED AUTOMOTIVE GROUP, INC., and
RELIANCE NATIONAL IDEMNITY COMPANY,
      Defendants-Appellants.

Clifford W. Taylor,
*Chief Justice*

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
*Justices*

SC: 134319
COA: 276633
WCAC: 05-000356

_____/

On order of the Court, the application for leave to appeal the May 24, 2007 order of the Court of Appeals is considered and, it appearing to this Court that the case of *Stokes v DaimlerChrysler Corporation* (Docket No. 132648) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2008

s0123

_____
Clerk